# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No. 3:07CR195-04

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | <u>ORDER</u> |
| v. ) | |
| ) | |
| ALEJANDRO VILLAREAL ) | |
| Defendant. ) | |
| ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.

February 11, 2008

Robert J. Conrad, Jr.
Chief United States District Judge

Signed: February 16, 2008