IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00195-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEJANDRO VILLAREAL (4) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines relating to certain zero-point offenders. (Doc. No. 257).

Part B, Subpart 1 of the Amendment is retroactive and created a two-level decrease if a defendant meets all the criteria in USSG §4C1.1(a). USSG §1B1.10(d), comment. (n.7). Here, the defendant received an aggravated role adjustment. (Doc. No. 140: Presentence Report ¶¶32, 38). Accordingly, he is not eligible for relief. USSG § 4C1.1(a)(10).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: January 3, 2024

Robert J. Conrad, Jr.
United States District Judge